UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **ROBERT WILLIAMS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 1:15-cv-01255-GBL-TCB |
| | ) |
| **RICOH AMERICAS CORP.,** | ) |
| | ) |
|     **Defendant.** | ) |

## STIPULATION OF DISMISSAL

The parties, Plaintiff Robert Williams and Defendant Ricoh USA, Inc., incorrectly named as Ricoh Americas Corporation, by and through their undersigned counsel, jointly and pursuant to Rule 41(a)(1)(A)(ii), stipulate and agree that all claims pending in this action shall be dismissed with prejudice, each party to pay its own fees and costs.

Respectfully submitted,

RICOH USA, INC.                                        ROBERT WILLIAMS

/s/                                                              /s/
John T. McDonald                                      Nicholas Woodfield, Esq.
Virginia Bar No. 45633                              Virginia Bar No. 48938
Attorney for Ricoh USA, Inc.                     Attorney for Robert Williams
REED SMITH LLP                                     The Employment Law Group, P.C.
Princeton Forrestal Village                        888 17th Street, NW, Suite 900
136 Main Street, Suite 250                       Washington, N.C. 20006
Princeton, NJ 08540-7839                        (202) 261-2812 (Telephone)
(609) 524-2041 (Telephone)                    (202) 261-2835 (Facsimile)
jmcdonald@reedsmith.com                     nwoodfield@employmentlawgroup.com

Helenanne Connolly
Virginia Bar No. 70911
Attorney for Ricoh USA, Inc.
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
(703) 641-4504 (Telephone)
hconnolly@reedsmith.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent an electronic notification of such filing to all parties of record. I further certify that a true copy of the filing was also served via electronic mail upon the following:

John T. McDonald
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540-7839
(609) 524-2041 (Telephone)
(609) 951-0824 (Facsimile)
jmcdonald@reedsmith.com

Helenanne Connolly
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
(703) 641-4504 (Telephone)
(703) 641-4340 (Facsimile)
hconnolly@reedsmith.com

/s/Nicholas Woodfield
Nicholas Woodfield